UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HESHAM MAGDI AHMED SAL DEAN**, <br><br> Plaintiff, <br><br> v. <br><br> **HOWARD UNIVERSITY**, <br><br> Defendant. | Civil Action No. 1:22-cv-02445 (TSC) |

### ORDER OF DISMISAL

For the reasons set forth in the accompanying Memorandum Opinion, this action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: July 28, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge